1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11
   JIAN ZHENG, et al.,                  )   No. C 08-4532 SC
12                                      )
                       Plaintiffs,      )
13                                      )
         v.                             )
14                                      )
   ROSEMARY MELVILLE, District Director )   STIPULATION TO DISMISS PURSUANT
15 of the San Francisco U.S. Citizenship and ) TO FED. R. CIV. P. 41(a)
   Immigration Services, et al.,        )
16                                      )
                       Defendants.      )
17 _____)

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION
No. C 08-4532 SC                      1

1   Plaintiffs, by and through their attorney, and Defendants, by and through their attorneys,
2   hereby stipulate to dismissal of the above captioned action, pursuant to Fed. R. Civ. P. 41(a). The
3   parties shall bear their own costs and fees.

Dated: December 2, 2008            JOSEPH P. RUSSONIELLO
                                   United States Attorney

                                          /s/
                                   MELANIE L. PROCTOR[1]
                                   Assistant United States Attorney
                                   Attorneys for Defendants

Dated: December 2, 2008                    /s/
                                   CHUNG N. PHANG
                                   Attorney for Plaintiffs

*IT IS SO ORDERED*
*Judge Samuel Conti*
(Seal: United States District Court, Northern District of California)

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
No. C 08-4532 SC                        2